UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COHEN, TIMOTHY HORNICK, KALEAH C. ALLEN, NICHOLAS CARLSON, GLENN E. JACOBS, MARK WEILER, CHAD SMITH, SARAH D. SMITH, MATT KOPPIN, SCOTT CISCHKE, KRYSTLE FAERN, RODOLFO CABRERA, BRANDY DAVIS, WILLIAM ZIDE, ZACHARY GOMOLEKOFF, DAVID HEDICKER, NANCY MAEKAWA, CATHERINE GOODWIN, PAUL COLETTI, KATHLEEN BOGGS, KIMBERLY MODESITT, KIMBERLY BENJAMIN, MARK KUNZE, ARIANA RYAN, NATHAN COOPER, BECKY WELLINGTON, M. GAIL SUNDELL, VICTOR PERLMAN, and JUNE A. HALL, individually and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br><br>            Defendant. | No. C 19-05322 WHA<br><br>**REQUEST FOR FEDERAL COMMUNICATIONS COMMISSION TO APPEAR AS AN AMICUS CURIAE** |

This action involves the application of regulations and guidance issued by the Federal Communications Commission and particularly the extent to which they preempt the claims for relief herein. The Court invites the Commission to participate as an amicus curiae to better

inform the Court on the proper application of its regulation and guidance. The Commission shall please advise within twenty-eight days whether it will be able to do so.

**IT IS SO ORDERED.**

Dated: February 10, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE