**EXHIBIT 8**

**TCB**                                                                                           **TCB**

### GRANT OF EQUIPMENT
### AUTHORIZATION

**Certification**

**Issued Under the Authority of the**

**Federal Communications Commission**

**By:**

**UL Verification Services Inc. (formerly UL CCS)**        Date of Grant: 09/12/2017
**47173 Benicia Street**
**Fremont, CA 94538**                                     Application Dated: 08/21/2017

**Apple Inc.**
**One Apple Park Way**
**Cupertino, CA 95014**

**Attention: Marc Douat , EMC Engineer**

### NOT TRANSFERABLE

EQUIPMENT AUTHORIZATION is hereby issued to the named GRANTEE, and is
VALID ONLY for the equipment identified hereon for use under the Commission's Rules
and Regulations listed below.

**FCC IDENTIFIER:** BCG-E3159A

**Name of Grantee:** Apple Inc.

**Equipment Class:** Part 15 Spread Spectrum Transmitter

**Notes:**                 **Smartphone**

| Grant Notes | FCC Rule Parts | Frequency Range (MHZ) | Output Watts | Frequency Tolerance | Emission Designator |
|---|---|---|---|---|---|
| CC | 15C | 2402.0 - 2480.0 | 0.106 | | |

Power output listed is conducted. For satisfying FCC RF exposure compliance requirements,
body-worn operations are restricted to belt-clips, holsters or similar accessories that have no
metallic component in the assembly and must provide at least 5 mm separation between the
device and the user's body. The highest reported SAR for head, body-worn accessory and
simultaneous transmission exposure conditions are 0.37 W/kg, 0.50 W/kg and 1.54 W/kg,
respectively.

CC:     This device is certified pursuant to two different Part 15 rules sections.

**TCB**

**GRANT OF EQUIPMENT
AUTHORIZATION**

**TCB**

Certification

**Issued Under the Authority of the**

**Federal Communications Commission**

**By:**

**UL Verification Services Inc. (formerly UL
CCS)**
**47173 Benicia Street**
**Fremont, CA 94538**

**Date of Grant: 09/12/2017**

**Application Dated: 08/21/2017**

**Apple Inc.**
**One Apple Park Way**
**Cupertino, CA 95014**

**Attention: Marc Douat , EMC Engineer**

**NOT TRANSFERABLE**

EQUIPMENT AUTHORIZATION is hereby issued to the named GRANTEE, and is
VALID ONLY for the equipment identified hereon for use under the Commission's Rules
and Regulations listed below.

**FCC IDENTIFIER:** BCG-E3159A
**Name of Grantee:** Apple Inc.
**Equipment Class: Part 15 Low Power Communication Device Transmitter**
**Notes:**          Smartphone

| Grant Notes | FCC Rule Parts | Frequency Range (MHZ) | Output Watts | Frequency Tolerance | Emission Designator |
|---|---|---|---|---|---|
| CC | 15C | 13.56 - 13.56 | | | |

CC:    This device is certified pursuant to two different Part 15 rules sections.

**TCB**

**GRANT OF EQUIPMENT
AUTHORIZATION**

Certification

Issued Under the Authority of the

Federal Communications Commission

By:

**TCB**

UL Verification Services Inc. (formerly UL
CCS)
47173 Benicia Street
Fremont, CA 94538

**Date of Grant: 09/12/2017**

**Application Dated: 08/21/2017**

Apple Inc.
One Apple Park Way
Cupertino, CA 95014

Attention: Marc Douat , EMC Engineer

**NOT TRANSFERABLE**

EQUIPMENT AUTHORIZATION is hereby issued to the named GRANTEE, and is
VALID ONLY for the equipment identified hereon for use under the Commission's Rules
and Regulations listed below.

**FCC IDENTIFIER:** BCG-E3159A
**Name of Grantee:** Apple Inc.
**Equipment Class:** Digital Transmission System
**Notes:** Smartphone

| Grant Notes | FCC Rule Parts | Frequency Range (MHZ) | Output Watts | Frequency Tolerance | Emission Designator |
|---|---|---|---|---|---|
| CC | 15C | 2402.0 - 2480.0 | 0.107 | | |
| CC HC MO | 15C | 2412.0 - 2472.0 | 0.991 | | |

Power output listed is conducted. This device has 20 MHz bandwidth mode. For satisfying
FCC RF exposure compliance requirements, body-worn operations are restricted to belt-clips,
holsters or similar accessories that have no metallic component in the assembly and must
provide at least 5 mm separation between the device and the user's body. The highest
reported SAR for head, body-worn accessory, wireless router, and simultaneous transmission
exposure conditions are 1.17 W/kg, 1.07 W/kg, 1.07 W/kg, and 1.56 W/kg, respectively. HAC
Rating M3/T4-2011. Some T Coil tests have not been performed as permitted by the
Commission policy.

CC: This device is certified pursuant to two different Part 15 rules sections.

HC: This equipment complies with the hearing aid compatibility technical requirements of Section 20.19 of the rules.

MO: This Multiple Input Multiple Output (MIMO) device was evaluated for multiple transmitted signals as indicated in the filing.

**TCB**

**GRANT OF EQUIPMENT
AUTHORIZATION**

Certification

Issued Under the Authority of the

Federal Communications Commission

By:

**TCB**

UL Verification Services Inc. (formerly UL CCS)
47173 Benicia Street
Fremont, CA 94538

Date of Grant: 09/12/2017

Application Dated: 08/21/2017

Apple Inc.
One Apple Park Way
Cupertino, CA 95014

Attention: Marc Douat , EMC Engineer

**NOT TRANSFERABLE**

EQUIPMENT AUTHORIZATION is hereby issued to the named GRANTEE, and is VALID ONLY for the equipment identified hereon for use under the Commission's Rules and Regulations listed below.

FCC IDENTIFIER: BCG-E3159A
Name of Grantee: Apple Inc.
Equipment Class: Unlicensed National Information Infrastructure TX
Notes:            Smartphone

| Grant Notes | FCC Rule Parts | Frequency Range (MHZ) | Output Watts | Frequency Tolerance | Emission Designator |
|---|---|---|---|---|---|
| 38 CC HC MO | 15E | 5180.0  -  5240.0 | 0.176 | | |
| 38 CC HC MO | 15E | 5260.0  -  5320.0 | 0.175 | | |
| 38 CC HC MO | 15E | 5500.0  -  5720.0 | 0.214 | | |
| 38 CC HC MO | 15E | 5745.0  -  5825.0 | 0.245 | | |

Power output listed is conducted. This device has 20 MHz, 40 MHz and 80 MHz bandwidth modes. For satisfying FCC RF exposure compliance requirements, body-worn operations are restricted to belt-clips, holsters or similar accessories that have no metallic component in the assembly and must provide at least 5 mm separation between the device and the user's body. The highest reported SAR for head, body-worn accessory, wireless router, and simultaneous transmission exposure conditions are 1.20 W/kg, 1.13 W/kg, 1.13 W/kg, and 1.54 W/kg, respectively. HAC Rating M3/T4-2011. Some T Coil tests have not been performed as permitted by the Commission policy.

38:  This device has shown compliance, in all grant-listed U-NII sub-bands, with the new rules for U-NII devices adopted under Docket No. 13-49 and may be marketed, manufactured or imported after the June 1, 2016 transition deadline.

CC:  This device is certified pursuant to two different Part 15 rules sections.

HC:  This equipment complies with the hearing aid compatibility technical requirements of Section 20.19 of the rules.

MO: This Multiple Input Multiple Output (MIMO) device was evaluated for multiple transmitted signals as indicated in the filing.

**TCB**

**GRANT OF EQUIPMENT
AUTHORIZATION**

Certification

Issued Under the Authority of the

Federal Communications Commission

By:

**TCB**

UL Verification Services Inc. (formerly UL
CCS)
47173 Benicia Street
Fremont, CA 94538

Date of Grant: 09/12/2017

Application Dated: 08/21/2017

Apple Inc.
One Apple Park Way
Cupertino, CA 95014

Attention: Marc Douat , EMC Engineer

**NOT TRANSFERABLE**

EQUIPMENT AUTHORIZATION is hereby issued to the named GRANTEE, and is
VALID ONLY for the equipment identified hereon for use under the Commission's Rules
and Regulations listed below.

**FCC IDENTIFIER:** BCG-E3159A
**Name of Grantee:** Apple Inc.
**Equipment Class:** PCS Licensed Transmitter held to ear
**Notes:** Smartphone

| Grant Notes | FCC Rule Parts | Frequency Range (MHZ) | Output Watts | Frequency Tolerance | Emission Designator |
|---|---|---|---|---|---|
| HC | 22H | 824.0 - 849.0 | 0.865 | 2.5 PM | 244KGXW |
| HC | 22H | 824.0 - 849.0 | 0.255 | 2.5 PM | 247KG7W |
| HC | 24E | 1850.0 - 1910.0 | 0.925 | 2.5 PM | 247KGXW |
| HC | 24E | 1850.0 - 1910.0 | 0.344 | 2.5 PM | 244KG7W |
| HC | 90 | 816.0 - 824.0 | 0.103 | 2.5 PM | 1M28F9W |
| HC | 22H | 824.0 - 849.0 | 0.122 | 2.5 PM | 1M29F9W |
| HC | 24E | 1850.0 - 1910.0 | 0.217 | 2.5 PM | 1M29F9W |
| HC | 24E | 1850.0 - 1910.0 | 0.217 | 2.5 PM | 4M14F9W |
| HC | 27 | 1710.0 - 1755.0 | 0.15 | 2.5 PM | 4M18F9W |
| HC | 22H | 824.0 - 849.0 | 0.122 | 2.5 PM | 4M13F9W |
| HC | 24E | 1850.0 - 1910.0 | 0.209 | 2.5 PM | 17M9G7W |
| HC | 24E | 1850.0 - 1910.0 | 0.182 | 2.5 PM | 17M9D7W |
| HC | 27 | 1710.0 - 1755.0 | 0.145 | 2.5 PM | 17M9G7W |
| HC | 27 | 1710.0 - 1755.0 | 0.126 | 2.5 PM | 17M9D7W |
| HC | 22H | 824.0 - 849.0 | 0.123 | 2.5 PM | 8M97G7W |
| HC | 22H | 824.0 - 849.0 | 0.098 | 2.5 PM | 8M97D7W |
| HC | 22H | 824.0 - 849.0 | 0.102 | 2.5 PM | 4M50D7W |
| HC | 27 | 2500.0 - 2570.0 | 0.257 | 2.5 PM | 17M9G7W |
| HC | 27 | 2500.0 - 2570.0 | 0.214 | 2.5 PM | 17M9D7W |
| HC | 27 | 2500.0 - 2570.0 | 0.204 | 2.5 PM | 37M7G7W |
| HC | 27 | 2500.0 - 2570.0 | 0.219 | 2.5 PM | 32M9G7W |
| HC | 27 | 2500.0 - 2570.0 | 0.159 | 2.5 PM | 37M8D7W |
| HC | 27 | 2500.0 - 2570.0 | 0.174 | 2.5 PM | 32M9D7W |
| HC | 27 | 699.0 - 716.0 | 0.071 | 2.5 PM | 8M94G7W |
| HC | 27 | 699.0 - 716.0 | 0.062 | 2.5 PM | 8M94D7W |

| HC | 27  | 777.0 - 787.0   | 0.087 | 2.5 PM | 8M93G7W |
| HC | 27  | 777.0 - 787.0   | 0.069 | 2.5 PM | 8M94D7W |
| HC | 27  | 777.0 - 787.0   | 0.071 | 2.5 PM | 4M50D7W |
| HC | 27  | 704.0 - 716.0   | 0.071 | 2.5 PM | 8M96G7W |
| HC | 27  | 704.0 - 716.0   | 0.058 | 2.5 PM | 8M96D7W |
| HC | 24E | 1850.0 - 1915.0 | 0.191 | 2.5 PM | 17M9G7W |
| HC | 24E | 1850.0 - 1915.0 | 0.195 | 2.5 PM | 8M97G7W |
| HC | 24E | 1850.0 - 1915.0 | 0.162 | 2.5 PM | 17M8D7W |
| HC | 90  | 814.0 - 824.0   | 0.105 | 2.5 PM | 8M95G7W |
| HC | 90  | 814.0 - 824.0   | 0.087 | 2.5 PM | 8M96D7W |
| HC | 27  | 2305.0 - 2315.0 | 0.2   | 2.5 PM | 8M98G7W |
| HC | 27  | 2305.0 - 2315.0 | 0.166 | 2.5 PM | 8M98D7W |
| HC | 27  | 2305.0 - 2315.0 | 0.17  | 2.5 PM | 4M50D7W |
| HC | 27  | 2496.0 - 2690.0 | 0.309 | 2.5 PM | 17M9G7W |
| HC | 27  | 2496.0 - 2690.0 | 0.269 | 2.5 PM | 17M8D7W |
| HC | 27  | 2496.0 - 2690.0 | 0.224 | 2.5 PM | 37M7G7W |
| HC | 27  | 2496.0 - 2690.0 | 0.178 | 2.5 PM | 37M7D7W |
| HC | 27  | 2496.0 - 2690.0 | 0.186 | 2.5 PM | 28M6D7W |
| HC | 27  | 1710.0 - 1780.0 | 0.145 | 2.5 PM | 17M9G7W |
| HC | 27  | 1710.0 - 1780.0 | 0.126 | 2.5 PM | 17M9D7W |

Power output listed is ERP for bands below 1 GHz and EIRP for bands above 1 GHz. This device contains functions that are not operational in U.S. Territories; this filing is only applicable for U.S. operations. This device supports LTE bandwidths of: 5/10 MHz modes in Band 13, Band 17 and Band 30; 5/10/15/20 MHz modes in Band 7, Band 41, and Band 66; 1.4/3/5/10 MHz modes in Band 5, Band 12 and Band 26 (814-849 MHz); 1.4/3/5/10/15/20 MHz modes in Band 2, Band 4 and Band 25. In addition this device supports Carrier Aggregation in the Uplink in Bands 7 and 41 with maximum aggregate bandwidths of 40MHz (20+20). For satisfying FCC RF exposure compliance requirements, body-worn operations are restricted to belt-clips, holsters or similar accessories that have no metallic component in the assembly and must provide at least 5 mm separation between the device and the user's body. The highest reported SAR for head, body-worn accessory, wireless router, and simultaneous transmission exposure conditions are 1.14 W/kg, 1.08 W/kg, 1.08 W/kg, and 1.56 W/kg, respectively. HAC Rating M3/T4-2011. Some T Coil tests have not been performed as permitted by the Commission policy.

HC:  This equipment complies with the hearing aid compatibility technical requirements of Section 20.19 of the rules.