UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COHEN, et al., | |
| Plaintiffs, | No. C 19-05322 WHA |
| v. | |
| APPLE, INC., | **ORDER SETTING HEARING** |
| Defendant. | |

Both sides file discovery letter briefs on separate issues. These matters will be heard alongside the pending partial motion for summary judgment on preemption. The hearing is hereby **RESET** to **JULY 16 AT 8:00 A.M.** Per GENERAL ORDER 72-4, this hearing will be heard telephonically. The courtroom deputy will provide dial-in information separately.

**IT IS SO ORDERED.**

Dated: July 3, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE