# Exhibit 1



1900 K Street, NW
Washington, DC 20006-1110
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

**AMISHA PATEL**

amisha.patel@dechert.com
+1 202 261 3374 Direct
+1 202 261 3333 Fax

May 4, 2020

**VIA EMAIL**

| | |
|---|---|
| Jennie Lee Anderson<br>Audrey Claire Siegel<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>jennie@andrusanderson.com<br>audrey.siegel@andrusanderson.com | Lynn Ellenberger<br>FEGAN SCOTT LLC<br>500 Grant Street<br>Suite 2900<br>Pittsburgh, PA 15219<br>lynn@feganscott.com |
| Elizabeth A. Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606<br>beth@feganscott.com | Jessica H. Meeder<br>FEGAN SCOTT LLC<br>1200 G Street, N.W. Suite 800<br>Washington, DC 20005<br>jessica@feganscott.com |

Jonathan D. Lindenfeld
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
jonathan@feganscott.com

*Counsel for Plaintiffs*

**Re:** *Cohen et al. v. Apple*, No. 3:19-cv-05322 (N.D. Cal.)

Dear Counsel:

     Being sent concurrently herewith via secure FTP is Apple Inc.'s first production of documents in the above captioned matter, bearing the Bates numbers APL-COHEN_00000001 through APL-COHEN_00055549. The documents produced are responsive to Plaintiffs' First Request for Production of Documents to Apple Inc. (the "Requests").

     Specifically, these documents are responsive to Requests for Production 1, 4, 5, 7, 9, 11, 13(a), 13(b), 13(f), 13(g), 13(h), 13(l), and 17(a). They were compiled through a search of publicly available information, including Apple's website and the FCC website, and are being produced subject to the limitations outlined in Apple's April 6, 2020 Objections & Responses to Plaintiffs' Requests, and discussed during the Parties' subsequent meet and confer on April 14, 2020.

In accordance with paragraph 21 of Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, and without waiver of attorney-client and/or work product privilege, Apple states that, at the direction of Apple's counsel, its eDiscovery team gathered the iOS User Guides, RF Exposure Disclosures, and Warranty Information concerning the iPhones believed to be at issue in this action based on the information provided by Plaintiffs to date. That information is publicly available and was gathered from custodians support.apple.com and help.apple.com. Apple further states that, at the direction of Apple's counsel, Dechert LLP gathered FCC grants of authorization and publicly-available application and supporting materials filed in the FCC database (including without limitation SAR Reports and attachments thereto, manuals, and RF exposure statements) for iPhones believed to be at issue in this action based on the information provided by Plaintiffs to date. This information is also publicly available and was gathered from the website https://www.fcc.gov/oet/ea/fccid.

Apple provides the additional following information regarding this document production:

| Document | Beg Bates | End Bates | Custodian |
|---|---|---|---|
| iPhone User Guide – iOS 9.3 | APL-COHEN_00000001 | APL-COHEN_00000514 | help.apple.com |
| iPhone User Guide – iOS 10.3 | APL-COHEN_00000515 | APL-COHEN_00001096 | help.apple.com |
| iPhone User Guide – iOS 11.4 | APL-COHEN_00001097 | APL-COHEN_00001761 | help.apple.com |
| FCC Grant of Authorization (BCG-E2944A) | APL-COHEN_00001762 | APL-COHEN_00001767 | FCC website |
| FCC Grant of Authorization (BCG-E2946A) | APL-COHEN_00001768 | APL-COHEN_00001773 | FCC website |
| FCC Grant of Authorization (BCG-E3085A) | APL-COHEN_00001774 | APL-COHEN_00001779 | FCC website |
| FCC Grant of Authorization (BCG-E3087A) | APL-COHEN_00001780 | APL-COHEN_00001785 | FCC website |



*Counsel for Plaintiffs*
May 4, 2020
Page 3

| Document | Beg Bates | End Bates | Custodian |
|---|---|---|---|
| FCC Grant of Authorization (BCG-E3091A) | APL-COHEN_00001786 | APL-COHEN_00001791 | FCC website |
| FCC Grant of Authorization (BCG-E3092A) | APL-COHEN_00001792 | APL-COHEN_00001797 | FCC website |
| FCC Grant of Authorization (BCG-E3159A) | APL-COHEN_00001798 | APL-COHEN_00001803 | FCC website |
| FCC Grant of Authorization (BCG-E3160A) | APL-COHEN_00001804 | APL-COHEN_00001809 | FCC website |
| FCC Grant of Authorization (BCG-E3161A) | APL-COHEN_00001810 | APL-COHEN_00001815 | FCC website |
| FCC Grant of Authorization (BCG-E3174A) | APL-COHEN_00001816 | APL-COHEN_00001821 | FCC website |
| FCC Grant of Authorization (BCG-E3175A) | APL-COHEN_00001822 | APL-COHEN_00001827 | FCC website |
| FCC Grant of Authorization (BCG-E3220A) | APL-COHEN_00001828 | APL-COHEN_00001833 | FCC website |
| FCC available application and supporting materials (BCG-E2944A) | APL-COHEN_00001834 | APL-COHEN_00007420 | FCC website |
| FCC available application and supporting materials (BCG-E2946A) | APL-COHEN_00007421 | APL-COHEN_00013022 | FCC website |



*Counsel for Plaintiffs*
May 4, 2020
Page 4

| Document | Beg Bates | End Bates | Custodian |
|---|---|---|---|
| FCC available application and supporting materials (BCG-E3085A) | APL-COHEN_00013023 | APL-COHEN_00017496 | FCC website |
| FCC available application and supporting materials (BCG-E3087A) | APL-COHEN_00017497 | APL-COHEN_00022119 | FCC website |
| FCC available application and supporting materials (BCG-E3091A) | APL-COHEN_00022120 | APL-COHEN_00026956 | FCC website |
| FCC available application and supporting materials (BCG-E3092A) | APL-COHEN_00026957 | APL-COHEN_00031307 | FCC website |
| FCC available application and supporting materials (BCG-E3159A) | APL-COHEN_00031308 | APL-COHEN_00035193 | FCC website |
| FCC available application and supporting materials (BCG-E3160A) | APL-COHEN_00035194 | APL-COHEN_00039137 | FCC website |
| FCC available application and supporting materials (BCG-E3161A) | APL-COHEN_00039138 | APL-COHEN_00043181 | FCC website |



*Counsel for Plaintiffs*
May 4, 2020
Page 5

| Document | Beg Bates | End Bates | Custodian |
|---|---|---|---|
| FCC available application and supporting materials (BCG-E3174A) | APL-COHEN_00043182 | APL-COHEN_00047093 | FCC website |
| FCC available application and supporting materials (BCG-E3175A) | APL-COHEN_00047094 | APL-COHEN_00050989 | FCC website |
| FCC available application and supporting materials (BCG-E3220A) | APL-COHEN_00050990 | APL-COHEN_00053845 | FCC website |
| iPhone User Guide | APL-COHEN_00053846 | APL-COHEN_00054614 | support.apple.com |
| IPhone 4 (CDMA Model) | APL-COHEN_00054615 | APL-COHEN_00054616 | support.apple.com |
| iPhone User Guide – iOS 5.1 | APL-COHEN_00054617 | APL-COHEN_00054795 | support.apple.com |
| iPhone 4 – Info Sheet | APL-COHEN_00054796 | APL-COHEN_00054797 | support.apple.com |
| RF Exposure Info – iPhone 4 (CDMA) | APL-COHEN_00054798 | APL-COHEN_00054799 | support.apple.com |
| RF Exposure Info – iPhone 4 | APL-COHEN_00054800 | APL-COHEN_00054801 | support.apple.com |
| iPhone 5s – Info Sheet | APL-COHEN_00054802 | APL-COHEN_00054803 | support.apple.com |
| RF Exposure Info – iPhone 5 | APL-COHEN_00054804 | APL-COHEN_00054805 | support.apple.com |
| iPhone 6s – Info Sheet | APL-COHEN_00054806 | APL-COHEN_00054807 | support.apple.com |
| iPhone 6s Plus – Info Sheet | APL-COHEN_00054808 | APL-COHEN_00054808 | support.apple.com |



*Counsel for Plaintiffs*
May 4, 2020
Page 6

| Document | Beg Bates | End Bates | Custodian |
|---|---|---|---|
| RF Exposure Info – iPhone 6s | APL-COHEN_00054809 | APL-COHEN_00054810 | support.apple.com |
| iPhone X – Info Sheet | APL-COHEN_00054811 | APL-COHEN_00054812 | support.apple.com |
| iPhone XR – Info Sheet | APL-COHEN_00054813 | APL-COHEN_00054814 | support.apple.com |
| RF Exposure Info – iPhone XR | APL-COHEN_00054815 | APL-COHEN_00054816 | support.apple.com |
| RF Exposure Info – iPhone X (Models A1865, A1902) | APL-COHEN_00054817 | APL-COHEN_00054818 | support.apple.com |
| RF Exposure Info – iPhone X (Model A1901) | APL-COHEN_00054819 | APL-COHEN_00054820 | support.apple.com |
| iPhone 7 and 8 – Info Sheet | APL-COHEN_00054821 | APL-COHEN_00054822 | support.apple.com |
| iPhone 7 Plus and 8 Plus – Info Sheet | APL-COHEN_00054823 | APL-COHEN_00054824 | support.apple.com |
| RF Exposure Info – iPhone 7 Plus (Model A1784) | APL-COHEN_00054825 | APL-COHEN_00054826 | support.apple.com |
| RF Exposure Info – iPhone 7 Plus (Models A1661, A1786, A1785 | APL-COHEN_00054827 | APL-COHEN_00054828 | support.apple.com |
| RF Exposure Info – iPhone 7 (Models A1660, A1780, A1779) | APL-COHEN_00054829 | APL-COHEN_00054830 | support.apple.com |



*Counsel for Plaintiffs*
May 4, 2020
Page 7

| Document | Beg Bates | End Bates | Custodian |
|---|---|---|---|
| RF Exposure Info – iPhone 7 (Model A1778) | APL-COHEN_00054831 | APL-COHEN_00054832 | support.apple.com |
| RF Exposure Info – iPhone 8 (Models A1863, A1906) | APL-COHEN_00054833 | APL-COHEN_00054834 | support.apple.com |
| RF Exposure Info – iPhone 8 (Model A1905) | APL-COHEN_00054835 | APL-COHEN_00054836 | support.apple.com |
| iPhone User Guide – iOS 9 | APL-COHEN_00054837 | APL-COHEN_00055003 | support.apple.com |
| iPhone User Guide – iOS 7.1 | APL-COHEN_00055004 | APL-COHEN_00055165 | support.apple.com |
| iPhone User Guide – iOS 6.1 | APL-COHEN_00055166 | APL-COHEN_00055321 | support.apple.com |
| iPhone User Guide – iOS 8.4 | APL-COHEN_00055322 | APL-COHEN_00055517 | support.apple.com |
| Warranties | APL-COHEN_00055518 | APL-COHEN_00055549 | support.apple.com |

Please do not hesitate to reach out with any questions or concerns.

Sincerely,

Amisha R. Patel

Cc:   Christina Guerola Sarchio, Esq.
      Mark Cheffo, Esq.
      Jonathan S. Tam, Esq.