UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW COHEN, TIMOTHY HORNICK, KALEAH C. ALLEN, KIMBERLY BENJAMIN, MARK WEILER, MATT KOPPIN, SCOTT CISCHKE, ALBERT COLLINS, PAUL COLETTI, KRYSTLE FAERN, RODOLFO CABRERA, BRANDY DAVIS, WILLIAM ZIDE, DAVID HEDICKER, NANCY MAEKAWA, CATHERINE GOODWIN, , KATHLEEN BOGGS, KIMBERLY MODESITT, MARK KUNZE, ARIANA RYAN, BECKY WELLINGTON, M. GAIL SUNDELL, VICTOR PERLMAN, and ZACHARY GOMOLEKOFF, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No. C 19-05322 WHA<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order, **FINAL JUDGMENT IS HEREBY ENTERED** against plaintiffs Andrew Cohen; Timothy Hornick; Kaleah C. Allen; Kimberly Benjamin; Mark Weiler; Matt Koppin; Scott Cischke; Albert Collins; Paul Coletti; Krystle Faern; Rodolfo Cabrera; Brandy Davis; William Zide; David Hedicker; Nancy Maekawa; Catherine Goodwin; Kathleen Boggs; Kimberly Modesitt; Mark Kunze; Ariana Ryan; Becky

Wellington; M. Gael Sundell; Victor Perlman; and Zachary Gomolekoff; and in favor of defendant Apple Inc. The clerk shall please CLOSE the file.

**IT IS SO ORDERED.**

Dated: October 29, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE