# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 22, 2023

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Andrew Cohen, et al.
          v. Apple Inc.
          No. 22-698
          (Your No. 20-17307)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of City of Berkeley for leave to file a brief as *amicus curiae* is denied.   The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk